No. 87–844.  CONNECTICUT *v.* MEBANE.  Sup. Ct. Conn.  Motion of respondent for leave to proceed *in forma pauperis* granted.

Certiorari denied.